UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:11-cr-174-T-30AEP

JAMES J. RIANI

## **PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for entry of a Preliminary Order of Forfeiture (Doc. 28), pursuant to 21 U.S.C. § 853(a) and Fed. R. Crim. P. 32.2(b)(2), for the following which, upon entry, shall become a final order of forfeiture as to the defendant:

1. One Taurus PT111 Millennium Pro 9mm pistol, Serial Number: TV167174;

2. One Smith & Wesson 642 Airweight .38 caliber revolver, Serial Number: CAZ4948;

3. One Hipoint JCP .40 caliber pistol, Serial Number: X7109017;

4. One 12 gauge Mossberg 500A shotgun, no Serial Number;

5. 21 rounds of Winchester-Western 9 caliber ammunition;

6. Five rounds of Aguila .38 caliber ammunition;

7. Eleven rounds of Remington .40 caliber ammunition; and

8. Seven rounds of Winchester-Western 12 caliber ammunition.

Being fully advised in the premises, the Court hereby finds that the United States has established the requisite nexus between the drug trafficking offenses, in

violation of 21 U.S.C. § 841(a)(1), charged in Count Two of the Indictment and the firearms and ammunition referenced above. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 28) of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(a) and Rule 32.2(b)(2), the weapons and ammunition are hereby forfeited to the United States for disposition according to law.

The Court retains jurisdiction to entertain any third party claims that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of such property.

**DONE** and **ORDERED** in Tampa, Florida on December 21, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

S:\Even\2011\11-cr-174.forfeiture28.wpd