UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:11-cr-174-T-30AEP

JAMES J. RIANI

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 42), pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for firearms and ammunition:

1. One Taurus PT111 Millennium Pro 9mm pistol, Serial Number: TV167174;

2. One Smith & Wesson 642 Airweight .38 caliber revolver, Serial Number: CAZ4948;

3. One Hipoint JCP .40 caliber pistol, Serial Number: X7109017;

4. One 12 gauge Mossberg 500A shotgun, no Serial Number;

5. 21 rounds of Winchester-Western 9 caliber ammunition;

6. Five rounds of Aguila .38 caliber ammunition;

7. Eleven rounds of Remington .40 caliber ammunition; and

8. Seven rounds of Winchester-Western 12 caliber ammunition.

Being fully advised in the premises, the Court finds that on December 21, 2011, a Preliminary Order of Forfeiture was entered, forfeiting to the United States

all right, title, and interest of defendant Riani in the firearms and ammunition. Doc. 29.

The Court further finds that the forfeiture was included in the Amended Judgment in a Criminal Case. Docs. 37 and 40.

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the firearms and ammunition on the official government website, www.forfeiture.gov, from December 23, 2011 through January 21, 2012. Doc. 41. The publication gave notice to all third parties with a legal interest in the firearms and ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that no person or entity, other than the defendant Riani, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the firearms and ammunition. No third party has filed a petition or claimed an interest in the firearms and ammunition, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 42) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the firearms and ammunition is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the firearms and ammunition is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on July 24, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-174.forfeit 42.wpd